IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRIAN MOLDOVER,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 14-637 |

### ORDER

**AND NOW**, this 13th day of November 2020, upon consideration of Defendant's Expedited/Emergency Motion to Reduce Sentence under § 3582(c)(1)(A) (Doc. No. 27), the Government's Response in Opposition (Doc. No. 30), and Defendant's Reply Letters (Doc. Nos. 34, 35, 36), it is **ORDERED** that Defendant's Motion (Doc. No. 27) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky\_\_\_\_
JOEL H. SLOMSKY, J.